# IN THE SUPREME COURT OF THE STATE OF NEVADA

OCTAVIO CANO-MARTINEZ,
Appellant,
vs.
QUALITY LOAN SERVICE
CORPORATION; AND WELLS FARGO
BANK, N.A.,
Respondents.

No. 65237

**FILED**

SEP 0 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

In his response to this court's order to show cause, appellant agrees that this court lacks jurisdiction over this appeal because claims remain pending against Apache Hills Homeowners Association. *See* NRAP 3A(b)(1); *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000). Accordingly, we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, C.J.

cc:    Hon. Michael Villani, District Judge
       Law Offices of P. Sterling Kerr
       McCarthy & Holthus, LLP/Las Vegas
       Snell & Wilmer, LLP/Las Vegas
       Eighth District Court Clerk

---

[1]This order does not preclude appellant from filing a new notice of appeal from any future final judgment or other appealable order.

14-29240